UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:     In Bankruptcy

**ANGELA SWORD LEWIS and,**     Chapter 7
**THOMAS K. LEWIS,**     Case No. 11-44385-WSD

     Debtors.     Hon. Walter Shapero
_____/

## Trustee's Report of Undisclosed Assets

Pursuant to E.D. Mich. LBR 2015, the Trustee hereby reports that the Trustee discovered the following assets after the Debtors testified at the meeting of creditors that their schedules are accurate:

    Income tax refunds for the year 2010 in the amount of approximately $10,000.00. Debtors indicated an intent to file amended schedules.

This report is for informational purposes only. No response is permitted.

Dated: April 1, 2011     */s/Timothy J. Miller*
                                          Timothy J. Miller, Trustee (P36951)
                                          Law Offices of Schneider Miller, P.C.
                                          64541 Van Dyke, Suite 101-B
                                          Washington, MI 48095
                                          (586) 281-3764
                                          tmiller@schneidermiller.com