Form ntcabuse

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **11−44385−wsd**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Angela Sword Lewis                         Thomas K. Lewis
  560 Meadowbrook                           1016 Lincoln, Apt. #1
  Adrian, MI 49221                             Bettendorf, IA 52722

Social Security No.:
  xxx−xx−3175                                  xxx−xx−5483

Employer's Tax I.D. No.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's currently monthly in come, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec.707(b)(2)(B). Filed by U.S. Trustee Daniel M. McDermott. (Evans, Claretta)

Dated: 4/11/11

                                                                        United States Trustee