Form ntcabuse

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **11−44385−wsd**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Angela Sword Lewis                       Thomas K. Lewis
  560 Meadowbrook                        1016 Lincoln, Apt. #1
  Adrian, MI 49221                         Bettendorf, IA 52722

Social Security No.:
  xxx−xx−3175                                 xxx−xx−5483

Employer's Tax I.D. No.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's currently monthly in come, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec.707(b)(2)(B). Filed by U.S. Trustee Daniel M. McDermott. (Evans, Claretta)

Dated: 4/11/11

                                                   United States Trustee

In re:                                                                  Case No. 11-44385-wsd
Angela Sword Lewis                                                      Chapter 7
Thomas K. Lewis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0645-2      User: tclay      Page 1 of 1      Date Rcvd: Apr 11, 2011
                        Form ID: ntcabuse   Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2011.
```
db         +Angela Sword Lewis,   560 Meadowbrook,   Adrian, MI 49221-1384
jdb        +Thomas K. Lewis,   1016 Lincoln, Apt. #1,   Bettendorf, IA 52722-4155
19758033   +ABN AMRO Mortgage Group, Inc.,   5280 Corporate Drive, MC 22-528-1020,   Frederick, MD 21703-8351
19758034   +Advanced Radiology, S.C.,   615 Valley View Dr., Ste. 202,   Moline, IL 61265-6180
19758036   +Bank Of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
19758035   +Bank Of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
19758041  ++COMCAST,   41112 CONCEPT DR,   PLYMOUTH MI 48170-4253
            (address filed with court:   Comcast,    P.O. Box 3006,    Southeastern, PA  19398)
19758037   +Cable Equipment Services, Inc.,   13199 Francis Road,   DeWitt, MI 48820-9209
19758038   +Citimortgage,   P.O. Box 183040,   Columbus, OH 43218-3040
19758039   +Citizens Gas Fuel Co.,   127 N. Main St.,   Adrian, MI 49221-2711
19758040   +City Of Adrian,   135 E. Maumee St.,   Adrian, MI 49221-2703
19758042   +Consumers Energy,   Lansing, MI 48937-0001
19758043   +Credit Protection Association, LP,   13355 Noel Road,   Dallas, TX 75240-6602
19758044   +Fifth Third Bank,   1830 East Paris,   Grand Rapids, MI 49546-8803
19758046   +HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
19758047   +Iowa Health Physicians,   P.O. Box 1455,   Des Moines, IA 50306-1455
19758048   +Karle Nursery & Landscaping, LLC,   P.O. Box 13,   Tipton, MI 49287-0013
19758050   +Northstar Location Services, LLC,   4285 Genesse Street,   Cheektowaga, NY 14225-1943
19758051   +RAB, Inc.,   P.O. Box 34111,   Memphis, TN 38184-0111
19758052   +Sears Card,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
19758053    Sears/CBSD,   133200 Smith Road,   Cleveland, OH  44130
19758054   +Sunrise Credit Services, Inc.,   P.O. Box 9100,   Farmingdale, NY 11735-9100
19758055   +TekCollect,   P.O. Box 1269,   Columbus, OH 43216-1269
19758057   +University Of Michigan Hospital,   P.O. Box 77000; Dept. 77914,   Detroit, MI 48277-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19758045   +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2011 00:16:10      GEMB/JC Penneys,   P.O. Box 981402,
             El Paso, TX 79998-1402
19758049   +E-mail/PDF: cr-bankruptcy@kohls.com Apr 12 2011 00:12:57      Kohl's,   P.O. Box 3043,
             Milwaukee, WI 53201-3043
19758056   +E-mail/Text: support@ucscollections.com Apr 11 2011 21:57:07      Universal Credit Services,
             3582 Avon St.,   Hartland, MI 48353-7707
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust       Daniel M. McDermott
                                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**                                          **Signature:** _Joseph Speetjens_