# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-44385 WSD  
**Case Name:** LEWIS, ANGELA SWORD  
              LEWIS, THOMAS K.  
**Period Ending:** 03/31/11

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 02/22/11 (f)  
**§341(a) Meeting Date:** 03/30/11  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank account accounts, certificates of deposit o<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | General Household Goods<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | General Household Goods<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Personal Wearing Apparel<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal Wearing Apparel<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Retirement<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Retirement Give particulars.<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 11,026.14 | 0.00 | DA | 0.00 | FA |
| 9 | 1999 Chevy Suburban<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2010 tax refunds (u) | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 10 | Assets Totals (Excluding unknown values) | **$25,326.14** | **$10,000.00** | | **$0.00** | **$10,000.00** |

**Major Activities Affecting Case Closing:**

   03/31/11 need docs 2010 ITR

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 11-44385 WSD | **Trustee:** | (420470) Timothy J. Miller |
| **Case Name:** LEWIS, ANGELA SWORD | **Filed (f) or Converted (c):** | 02/22/11 (f) |
| LEWIS, THOMAS K. | **§341(a) Meeting Date:** | 03/30/11 |
| **Period Ending:** 03/31/11 | **Claims Bar Date:** | |

| 1<br>**Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>**Property**<br>**Abandoned**<br>OA=§554(a)<br>DA=§554(c) | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 22, 2012   **Current Projected Date Of Final Report (TFR):** March 22, 2012

---

April 26, 2011                                    /s/ Timothy J. Miller
_____                         _____
Date                                              Timothy J. Miller