UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ANGELA SWORD LEWIS                          Chapter 7
THOMAS K. LEWIS                            Case No. 11-44385-wsd
                                                              Hon. Walter Shapero

          Debtors.
_____/

## STATEMENT OF CONSENT

      The Office of the United States Trustee hereby has reviewed the Trustee's Application to Employ Counsel and does not object to the employment of OSIPOV BIGELMAN, P.C. for the Chapter 7 Trustee, Timothy J. Miller.

                                             **DANIEL M. McDERMOTT**
                                             **UNITED STATES TRUSTEE**
                                             Region 9

June 14, 2011

                          By:     /s/ Jill M. Gies (P56345)
                                      jill.gies@usdoj.gov
                                      Trial Attorney
                                      Office of the U.S. Trustee
                                      211 West Fort St - Suite 700
                                      Detroit, Michigan 48226
                                      313-226-7954