UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ANGELA SWORD LEWIS  Chapter 7
THOMAS K. LEWIS  Case No. 11-44385-wsd
 Hon. Walter Shapero

        Debtors.
_____/

**ORDER AUTHORIZING EMPLOYMENT OF**
**OSIPOV BIGELMAN, P.C., AS COUNSEL FOR CHAPTER 7 TRUSTEE**

The Chapter 7 Trustee having filed his Application to Employ OSIPOV BIGELMAN, P.C., as Counsel for Trustee with attached affidavit and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

(A) OSIPOV BIGELMAN, P.C., is authorized to act as counsel for the Trustee in this case pursuant to the terms and conditions set forth in the Application and its supporting Affidavit;

(B) Compensation may be paid after application and after Court order authorizing payment.

.

**Signed on June 15, 2011**

                                                  /s/ Walter Shapero
                                                  Walter Shapero
                                                  United States Bankruptcy Judge