UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:  LEWIS, ANGELA SWORD § Case No. 11-44385
       LEWIS, THOMAS K. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Timothy J. Miller, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $25,326.14 *(without deducting any secured claims)* | Assets Exempt: $25,326.14 |
| Total Distribution to Claimants: $4,507.92 | Claims Discharged Without Payment: $362,650.17 |
| Total Expenses of Administration: $5,470.26 | |

    3) Total gross receipts of $ 9,978.18 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,978.18
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,470.06 | 5,470.26 | 5,470.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 366,247.84 | 62,268.98 | 62,268.98 | 4,507.92 |
| **TOTAL DISBURSEMENTS** | $366,247.84 | $67,739.04 | $67,739.24 | $9,978.18 |

  4) This case was originally filed under Chapter 7 on February 22, 2011. The case was pending for 10 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2012  By: /s/Timothy J. Miller
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 tax refunds | 1224-000 | 9,978.00 |
| Interest Income | 1270-000 | 0.18 |
| **TOTAL GROSS RECEIPTS** | | **$9,978.18** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Timothy J. Miller | 2100-000 | N/A | 1,747.82 | 1,747.82 | 1,747.82 |
| Timothy J. Miller | 2200-000 | N/A | 85.00 | 85.00 | 85.00 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Osipov Bigelman, P.C. | 3210-000 | N/A | 3,244.00 | 3,244.00 | 3,244.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Osipov Bigelman, P.C. | 3220-000 | N/A | 77.52 | 77.72 | 77.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 15.72 | 15.72 | 15.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,470.06 | 5,470.26 | 5,470.26 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 565.34 | 565.34 | 565.34 | 40.93 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 7,901.00 | 8,054.37 | 8,054.37 | 583.09 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 9,511.35 | 9,511.35 | 9,511.35 | 688.57 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 12,116.00 | 12,269.23 | 12,269.23 | 888.22 |
| 5 | Capital Recovery IV LLC | 7100-000 | 1,285.00 | 1,396.21 | 1,396.21 | 101.08 |
| 6 | Capital One, N.A | 7100-000 | 2,155.00 | 2,155.82 | 2,155.82 | 156.07 |
| 7 | Fifth Third Bank | 7100-000 | 25,690.37 | 25,829.64 | 25,829.64 | 1,869.92 |
| 8 | CONSUMERS ENERGY COMPANY | 7100-000 | 306.67 | 495.50 | 495.50 | 35.87 |
| 9 | GE Money Bank | 7100-000 | 1,828.00 | 1,991.52 | 1,991.52 | 144.17 |
| NOTFILED | Citizens Gas Fuel Co. | 7100-000 | 615.01 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | ABN AMRO Mortgage Group, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City Of Adrian | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | TekCollect | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Association, LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | University Of Michigan Hospital | 7100-000 | 103.00 | N/A | N/A | 0.00 |
| NOTFILED | Universal Credit Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears Card | 7100-000 | 379.00 | N/A | N/A | 0.00 |
| NOTFILED | Iowa Health Physicians | 7100-000 | 341.00 | N/A | N/A | 0.00 |
| NOTFILED | Karle Nursery & Landscaping, LLC | 7100-000 | 979.90 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage | 7100-000 | 212,592.50 | N/A | N/A | 0.00 |
| NOTFILED | RAB, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 647.62 | N/A | N/A | 0.00 |
| NOTFILED | Sunrise Credit Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cable Equipment Services, Inc. | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 80,338.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 8,054.37 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Radiology, S.C. | 7100-000 | 58.71 | N/A | N/A | 0.00 |
| NOTFILED | Northstar Location Services, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 366,247.84 | 62,268.98 | 62,268.98 | 4,507.92 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-44385  
**Case Name:** LEWIS, ANGELA SWORD  
LEWIS, THOMAS K.  
**Period Ending:** 01/12/12

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 02/22/11 (f)  
**§341(a) Meeting Date:** 03/30/11  
**Claims Bar Date:** 10/03/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank account accounts, certificates of deposit o<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | General Household Goods<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | General Household Goods<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Personal Wearing Apparel<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal Wearing Apparel<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Retirement<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Retirement Give particulars.<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 11,026.14 | 0.00 | DA | 0.00 | FA |
| 9 | 1999 Chevy Suburban<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2010 tax refunds (u) (See Footnote) | 0.00 | 9,978.00 | | 9,978.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.18 | FA |
| 11 | Assets   Totals (Excluding unknown values) | **$25,326.14** | **$9,978.00** | | **$9,978.18** | **$0.00** |

RE PROP# 10    P/O 6-22-11. Actual value of income tax $9978.00

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-44385  **Trustee:** (420470) Timothy J. Miller
**Case Name:** LEWIS, ANGELA SWORD  **Filed (f) or Converted (c):** 02/22/11 (f)
LEWIS, THOMAS K.  **§341(a) Meeting Date:** 03/30/11
**Period Ending:** 01/12/12  **Claims Bar Date:** 10/03/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Claims have been reviewed. The case is ready to be closed.

**Initial Projected Date Of Final Report (TFR):**   March 22, 2012      **Current Projected Date Of Final Report (TFR):**   October 7, 2011  (Actual)

_____   January 12, 2012    /s/ Timothy J. Miller
Date                                               _____
                                                   Timothy J. Miller

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-44385  
**Case Name:** LEWIS, ANGELA SWORD  
LEWIS, THOMAS K.  
**Taxpayer ID #:** **-***9904  
**Period Ending:** 01/12/12

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******41-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/04/11 | {10} | Angela S. Lewis | p/o 6-22-11. | 1224-000 | 9,978.00 | | 9,978.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,978.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 15.72 | 9,962.35 |
| 08/12/11 | | To Account #9200******4166 | transfer to checking to pay Attorney for Trustee p/0 8/11/11 | 9999-000 | | 3,321.72 | 6,640.63 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 6,640.69 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,615.69 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,615.74 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,590.74 |
| 10/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 6,590.74 |
| 10/04/11 | | To Account #9200******4166 | transfer to checking for final report | 9999-000 | | 6,590.74 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **9,978.18** | **9,978.18** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 9,912.46 | |
| | | | **Subtotal** | | **9,978.18** | **65.72** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,978.18** | **$65.72** | |

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-44385 | **Trustee:** Timothy J. Miller (420470) |
| **Case Name:** LEWIS, ANGELA SWORD | **Bank Name:** The Bank of New York Mellon |
| LEWIS, THOMAS K. | **Account:** 9200-******41-66 - Checking Account |
| **Taxpayer ID #:** **-***9904 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 01/12/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/12/11 | | From Account #9200******4165 | transfer to checking to pay Attorney for Trustee p/0 8/11/11 | 9999-000 | 3,321.72 | | 3,321.72 |
| 08/12/11 | 101 | Osipov Bigelman, P.C. | | 3210-000 | | 3,244.00 | 77.72 |
| 08/12/11 | 102 | Osipov Bigelman, P.C. | | 3220-000 | | 77.72 | 0.00 |
| 10/04/11 | | From Account #9200******4165 | transfer to checking for final report | 9999-000 | 6,590.74 | | 6,590.74 |
| 12/01/11 | 103 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 6,340.74 |
| 12/01/11 | 104 | Timothy J. Miller | Dividend paid 100.00% on $1,747.82, Trustee Compensation; Reference: | 2100-000 | | 1,747.82 | 4,592.92 |
| 12/01/11 | 105 | Timothy J. Miller | Dividend paid 100.00% on $85.00, Trustee Expenses; Reference: | 2200-000 | | 85.00 | 4,507.92 |
| 12/01/11 | 106 | American InfoSource LP as agent for | Dividend paid 7.23% on $565.34; Claim# 1; Filed: $565.34; Reference: | 7100-000 | | 40.93 | 4,466.99 |
| 12/01/11 | 107 | FIA CARD SERVICES, N.A. | Dividend paid 7.23% on $8,054.37; Claim# 2; Filed: $8,054.37; Reference: | 7100-000 | | 583.09 | 3,883.90 |
| 12/01/11 | 108 | FIA CARD SERVICES, N.A. | Dividend paid 7.23% on $9,511.35; Claim# 3; Filed: $9,511.35; Reference: | 7100-000 | | 688.57 | 3,195.33 |
| 12/01/11 | 109 | FIA CARD SERVICES, N.A. | Dividend paid 7.23% on $12,269.23; Claim# 4; Filed: $12,269.23; Reference: | 7100-000 | | 888.22 | 2,307.11 |
| 12/01/11 | 110 | Capital Recovery IV LLC | Dividend paid 7.23% on $1,396.21; Claim# 5; Filed: $1,396.21; Reference: | 7100-000 | | 101.08 | 2,206.03 |
| 12/01/11 | 111 | Capital One,N.A | Dividend paid 7.23% on $2,155.82; Claim# 6; Filed: $2,155.82; Reference: | 7100-000 | | 156.07 | 2,049.96 |
| 12/01/11 | 112 | Fifth Third Bank | Dividend paid 7.23% on $25,829.64; Claim# 7; Filed: $25,829.64; Reference: | 7100-000 | | 1,869.92 | 180.04 |
| 12/01/11 | 113 | CONSUMERS ENERGY COMPANY | Dividend paid 7.23% on $495.50; Claim# 8; Filed: $495.50; Reference: | 7100-000 | | 35.87 | 144.17 |
| 12/01/11 | 114 | GE Money Bank | Dividend paid 7.23% on $1,991.52; Claim# 9; Filed: $1,991.52; Reference: | 7100-000 | | 144.17 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,912.46 | 9,912.46 | $0.00 |
| | | | Less: Bank Transfers | | 9,912.46 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,912.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,912.46** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** | 11-44385 |
| **Case Name:** | LEWIS, ANGELA SWORD |
| | LEWIS, THOMAS K. |
| **Taxpayer ID #:** | **-***9904 |
| **Period Ending:** | 01/12/12 |

| | |
|---|---|
| **Trustee:** | Timothy J. Miller (420470) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******41-66 - Checking Account |
| **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******41-65** | 9,978.18 | 65.72 | 0.00 |
| **Checking # 9200-******41-66** | 0.00 | 9,912.46 | 0.00 |
| | $9,978.18 | $9,978.18 | $0.00 |

_____  
January 12, 2012  
Date

/s/ Timothy J. Miller  
_____  
Timothy J. Miller